DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

JOHN ROBERT CLIFTON, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-2555

————————————————

May 22, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle D. Sisco, Judge.

PER CURIAM.

Affirmed.

KELLY, MORRIS, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.